No. 150, Misc. MANNING *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 320, Misc. JACKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Kenneth S. Jacobs* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 327, Misc. FINLEY *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 342, Misc. MITCHELL *v.* FITZHARRIS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 344, Misc. SCOTT *v.* HUNT OIL Co. Sup. Ct. La. Certiorari denied.

No. 359, Misc. CORNITCHER *v.* DWYER ET AL. C. A. 3d Cir. Certiorari denied.

No. 362, Misc. EATON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Reuben A. Garland, Sr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 363, Misc. LAZAROFF *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Archibald Palmer* for petitioner. *Solicitor General Griswold* for the United States.

No. 393, Misc. DAVIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.